## CHAPMAN *vs.* VAN ALSTYNE.

Where a defendant suffered *four* non-enumerated terms to elapse before moving for judgment as in case of nonsuit for the default of the plaintiff in trying his cause, he was deemed to have waived the default.

MOTION for judgment as in case of nonsuit. The cause February 2. was noticed for trial at a circuit holden in *September* last, and not tried. The defendant now moved for judgment as in case of nonsuit. It was objected that the defendant having neglected until now to make his motion, must be deemed to have waived his right to move for judgment, and so it was *held* by the Court, and the motion was denied.

*M. T. Reynold,* for the defendant.

*J. Lovett,* for the plaintiff.

---

## JOHNSON *vs.* CLARK & CLARK.

A *default* for not pleading will not be opened, unless excused.

MOTION to open a default for not pleading, on an affidavit February 3. of merits, and an offer to plead issuably and take short notice of trial. It was objected that no excuse was made for sering the default. The objection was sustained, and the motion denied.